UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19 CR 396 CDP |
| ) | |
| AARON DAVIDSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The defendant has requested a continuance in this matter. I find, pursuant to 18 U.S.C. §3161(h)(7), that the ends of justice served by such continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act. In particular, for the reasons stated by defendant, it is unreasonable to expect counsel to have adequate time for effective preparation for trial within the time limits imposed by the Act, even taking into account counsel's exercise of due diligence. Additionally, counsel for the government agrees that granting a continuance is in the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's request to continue is granted pursuant to 18 U.S.C. §3161(h)(7), and **final pretrial hearing** is **reset**

from Friday, January 3, 2020 at 3:30 p.m. **to Tuesday, January 7, 2020 at 1:30 p.m.** in Courtroom 14-South.  At that hearing the parties will be expected to discuss the length of the trial and any evidentiary or other issues that may arise during trial, and to make a record of any plea offers that may have been made by the government and rejected by defendant as discussed in *Missouri v. Frye*, 566 U.S. 133, 145-47 (2012).  **If the defendant decides to change his plea, he may do so at this time.**

    **IT IS FURTHER ORDERED** that the Jury Trial will be reset, if necessary, at the January 7 hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of January, 2020.